UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS LIPP, an individual; and JULIUS LIPP HOLDING, UG, a German limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>MIXEDBREAD AI, INC., a Delaware corporation<br><br>    Defendant and Counterclaimant,<br><br>v.<br><br>JULIUS LIPP, an individual,<br><br>    Counterclaim-Defendant. | Case No:   3:25-cv-08281-TSH<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE |

The Court, having reviewed the Stipulation of Dismissal With Prejudice of Mixedbread AI, Inc.'s Counterclaims filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

IT IS HEREBY ORDERED THAT:

All counterclaims asserted by Defendant and Counterclaimant Mixedbread AI, Inc. against Counterclaim-Defendant Julius Lipp, including Counterclaim Counts I–III asserted in Defendant Mixedbread AI, Inc.'s Answer to Plaintiffs' Complaint and Counterclaims (ECF No. 10), are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Date: January 8, 2026

_____
HONORABLE THOMAS S. HIXON
United States Magistrate Judge
United States District Court
Northern District of California