**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JULIUS LIPP, an individual; and JULIUS LIPP HOLDING, UG, a German limited liability company,

Plaintiffs,

v.

MIXEDBREAD AI, INC., a Delaware corporation

Defendant.

Case No: 3:25-cv-08281-TSH

**ORDER GRANTING STIPULATION TO AMEND DEFENDANT MIXEDBREAD AI, INC.'S ANSWER TO WITHDRAW CERTAIN AFFIRMATIVE DEFENSES PURSUANT TO FED. R. CIV. P. 15(A)(2)**

The Court, having reviewed the Stipulation to Amend Defendant Mixedbread AI, Inc.'s Answer to Withdraw Certain Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2), and good cause appearing,

IT IS HEREBY ORDERED THAT:

Defendant Mixedbread AI, Inc. may file its Amended Answer in the form attached to the Stipulation as Exhibit A.

**IT IS SO ORDERED.**

Date: _October 13, 2026______

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge
United States District Court
Northern District of California